# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **UNITED STATES OF AMERICA**, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 23-20071-01-DDC |
| **)** | |
| ) | |
| **SHANNON JONES**, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Now on this 22nd day of July 2025, this cause comes to be heard upon the motion of the United States to dismiss the Indictment (Doc. 18), and the court being fully advised in the premises, finds that said motion should be granted.

IT IS THEREFORE, BY THE COURT DULY CONSIDERED AND ORDERED that the defendant Shannon Jones successfully completed the Agreement for Pretrial Diversion, and that they Indictment in this matter, is hereby dismissed with prejudice.

**Dated: July 22, 2025**

> **s/ Daniel D. Crabtree**
> **DANIEL D. CRABTREE**
> **UNITED STATES DISTRCT JUDGE**